# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HERSHEL VANOY,

      Plaintiff,

v.

CASE NO. 05-71921
HON. LAWRENCE P. ZATKOFF

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY ,

      Defendant.
_____/

## ORDER

This matter is currently before the Court on Magistrate Judge Pepe's Report and Recommendation in which the Magistrate Judge recommends that Defendant's Motion for Summary should be granted and Plaintiff's Motion for Summary Judgment should be denied. On May 22, 2006, Plaintiff filed an Objection to the Report and Recommendation.

After a thorough review of the court file, Plaintiff's and Defendant's motions, and the Report and Recommendation, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY GRANTS Defendant's Motion for Summary Judgment and HEREBY DENIES Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

                                              s/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: June 27, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 27, 2006.

                                             s/Marie E. Verlinde
                                             Case Manager
                                             (810) 984-3290